NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC.,**
*Plaintiff-Cross Appellant,*

v.

**SANDOZ INC., ALCON RESEARCH, INC., ALCON RESEARCH, LTD., ALCON, INC., AND FALCON PHARMACEUTICALS, LTD.,**
*Defendants-Appellants,*

AND

**APOTEX, INC. AND APOTEX, CORP.,**
*Defendants-Appellants,*

AND

**WATSON LABORATORIES, INC.,**
*Defendant-Appellant,*

---

2011-1619, -1620, -1635, -1639, 2012-1005, -1013

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case no. 09-CV-0097, Judge T. John Ward.

---

## ON MOTION

---

## O R D E R

Allergan, Inc. moves for an extension of time until March 2, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 3 0 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 0 2012

JAN HORBALY
CLERK

cc:  Deanne E. Maynard, Esq.
     Jonathan E. Singer, Esq.
     Robert B. Breisblatt, Esq.
     Gary Edward Hood, Esq.

s24